# Exhibit B

 Outlook

### Insurance Update

**From** Richard Oliver II <raoliver@eohospital.com>
**Date** Tue 3/4/2025 1:13 PM
**To** EORH All Staff <EORHALLSTAFF@eohospital.com>

Hello Everyone,

I have a message from the Executive Team:

We are writing to inform you that, effective February 17, 2025, the company's health insurance plan with *The Health Plan* has been cancelled. As a result, the medical deduction has been removed from this payroll. The reinstatement of The Health Plan coverage is up in the air at this moment.

We understand the importance of healthcare coverage and want to assure you that resolving this matter is a priority for us. Dr. Johnson is currently in the process of contracting with a new Third-Party Administrator (TPA) for an alternative health insurance plan. Unfortunately, we do not have an exact timeline for when the new coverage will be available. We sincerely apologize for any inconvenience this change may cause and fully recognize the potential impact on your healthcare needs.

In the meantime, due to the recent loss of coverage and the lack of employer-sponsored health insurance at this time, affected staff members are now eligible for a special enrollment period through the Health Insurance Marketplace. You can access the Marketplace here: Health Insurance Marketplace

If you need a Certificate of Health Plan Coverage to confirm the termination date of February 17, 2025, please reach out to *The Health Plan* directly, and they will assist you.

We truly appreciate your understanding during this transition and apologize again for any disruptions this may cause.

Regards

Executive Team

Rick Oliver

Director of Human Services
740-633-4343

**CONFIDENTIALITY NOTICE: This electronic mail message is from East Ohio Regional Hospital and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, print, save, copy, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.