# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HEATHER SHIELDS**, et al | : | |
|     Plaintiffs | : | Case No. 2:25-cv-00353 |
| v. | : | JUDGE WATSON |
| **EAST OHIO HOSPITAL LLC**, et al | : | Magistrate Judge Deavers |
|     Defendants. | : | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**Now comes** Priscilla Hapner and, pursuant to Local Rule 83.4, hereby moves this Court for leave to withdraw as counsel for Defendants in this matter. A memorandum more fully putting forth the basis for this motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

/s/ *Priscilla Hapner*
Priscilla Hapner (0066275)
P.O. Box 91106
Columbus, OH  43209
Phone 614-231-8571
phapner@hapnerlaw.net

Withdrawing Counsel for Defendants

**MEMORANDUM IN SUPPORT**

**I.     INTRODUCTION.**

The undersigned counsel entered into an engagement for legal services with Defendants. The undersigned now seek leave to withdraw as Defendants' counsel of record in this matter. Defendants have been made aware of this withdrawal, are aware the undersigned seeks to withdraw from this matter and have been served with a copy of this Motion, along with all other parties and the Hospital's interim Trustee.

**II.    LAW AND ARGUMENT.**

Under Ohio's Rules of Professional Conduct, a lawyer is required to withdraw from representation when:

    (1) the representation will result in violation of the Ohio Rules of Professional Conduct or other law;

    (2) the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client;

    (3) the lawyer is discharged.

Prof. Cond.R. 1.16(a).

Under Ohio's Rules of Professional Conduct, a lawyer is permitted to withdraw from representation when

- (1) withdrawal can be accomplished without material adverse effect on the interests of the client;

- (5) the client fails substantially to fulfill an obligation, financial or otherwise, to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

- (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; and

- (9) other good cause for withdrawal exists.

Prof.Cond.R. 1.16(b).

The undersigned believes withdrawal is warranted under Rule 1.16. Without disclosing

the nature of the issues or the conversations with the clients, the undersigned has discussed the issues with Defendants and taken reasonably practical steps to protect their interests, including responding to discovery requests and responding to the Second Amended Complaint.  Reasons exist under Prof. Cond. Rule 1.16 and additional information can be supplemented to this Court *ex parte* for in camera review if necessary. *Breckinridge v. P.E. Miller, Inc*., 2007 WL 3125307, 2007 U.S. Dist. LEXIS 82877 (S.D. Oh 2007).  The undesigned moves this Court for leave permitting undersigned counsel to withdrawal.

The undersigned certifies she has provided the clients written notice advising of the motion to withdraw along with a copy of the same and has informed the clients of all upcoming court dates and relevant deadlines. There have also been discussions with opposing counsel to extend deadlines and reschedule depositions, which will be discussed during next week's status conference.

## CONCLUSION

**WHEREFORE,** the undersigned moves this court to grant this Motion, and issue an order permitting the undersigned to withdraw as counsel for Defendants.

    Respectfully submitted,

    /s/ *Priscilla Hapner*
    Priscilla Hapner (0066275)
    P.O. Box 91106
    Columbus, OH  43209
    Phone 614-231-8571
    phapner@hapnerlaw.net

    Withdrawing Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a copy of Motion for Leave to Withdraw as Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Priscilla Hapner_____