# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| HEATHER SHEILDS, et al., | CASE NO. 2:25-CV-00353 |
| Plaintiffs, | JUDGE MICHAEL H. WATSON |
| vs. | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| EAST OHIO HOSPITAL, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

Gregory H. Melick of Roetzel & Andress, LPA, hereby enters his appearance in this case as counsel of record for Defendant Access Ohio, LLC. Notice is hereby given to serve all papers herein upon undersigned counsel as set forth below.

Respectfully submitted,

/s/ Gregory H. Melick
Gregory H. Melick, Trial Attorney (0065694)
gmelick@ralaw.com
ROETZEL & ANDRESS, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Telephone: 614.463.9770
Fax: 614.468.9792

*Counsel for Defendant Access Ohio, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 1, 2025, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gregory H. Melick*
Gregory H. Melick

23902216_1