UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER SHIELDS, et al., | : | CASE NO.: 2:25-cv-00353 |
| Plaintiffs, | : | JUDGE WATSON |
| | : | MAGISTRATE JUDGE DEAVERS |
| v. | : | |
| EAST OHIO HOSPITAL, LLC dba EAST OHIO REGIONAL HOSPITAL, et al., | : | |
| Defendants. | : | |

## JOINT STATUS REPORT REGARDING THE PENDING BANKRUPTCY PROCEEDINGS

The Named Plaintiffs, on behalf of themselves, the Opt-in Plaintiffs and all others similarly situated (collectively, "Plaintiffs"), along with Defendants Doctor John A. Johnson, Access Ohio, LLC, Access Ohio, LLC, Access Ohio, LLC dba Access Residential, Access Ohio, LLC dba Access Ohio Primary Care, Arcbridge Capital, LLC, Nithin Johnson, file this Joint Status Report pursuant to the Court's September 8, 2025 Order (ECF No. 69) to update the Court as to the status of the bankruptcy proceedings. This Joint Status Report was also sent to Erik A. Schramm, Esq. at Hanlon, McCormick, Schramm, Bickford & Schramm, Co., L.P.A. via email on December 9, 2025 for review.  Mr. Schramm was listed as the Registered Agent for Defendants East Ohio Hospital, LLC and Access Martins Ferry, LLC.  As of this filing, Mr. Schramm did not respond.

On August 28, 2025, petitioning creditors filed an involuntary petition (the "Involuntary Petition") for relief under chapter 7 of the United States Bankruptcy Code.  On August 29, 2025, the United States Bankruptcy Court for the Southern District of Ohio entered an Order appointing an Interim Chapter 7 Trustee for Debtor, to perform all duties in accordance with the

provisions of 11 U.S.C. § 704. On September 3, 2025, the Office of the United States Trustee appointed Christal L Caudill as the Interim Chapter 7 Trustee. Debtor subsequently did not oppose the Involuntary Petition and on November 4, 2025, an Order for Relief was entered by the Bankruptcy Court. The case remains pending before Judge Strelow Cobb at Case No. 25-53781. The Parties have nothing further to report at this time and will update the Court in ninety days.

Dated December 11 2025,                                    Respectfully submitted,

/s/Gregory H. Melick
Gregory H. Melick (OH Bar No. 006594)
Heather R. Adams (Oh Bar No. 0099262)
**ROETZEL & ANDRESS**
41 South High Street
Huntington Center, 21st Floor
Columbus, OH 43215
Phone: 614-463-9770
Fax: 614-463-9792
Email: gmelick@ralaw.com
        hadams@ralaw.com

*Counsel for Defendants Doctor John A. Johnson, Access Ohio, LLC, Access Ohio, LLC, Access Ohio, LLC dba Access Residential, Access Ohio, LLC dba Access Ohio Primary Care, Arcbridge Capital, LLC, Nithin Johnson.*

/s/ Robert E. DeRose
Robert E. DeRose (OH Bar No. 0055214)
Anna R. Doren (OH Bar No. 0104562)
Nickole Iula (OH Bar No. 0099895)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
Email: bderose@barkanmeizlish.com
        adoren@barkanmeizlish.com
        niula@barkanmeizlish.com

&

/s/ Michelle Marinacci
Michelle L. Marinacci (Bar No.0087171)
Jeremy McGraw (Bar No.0083313)
**GOLD, KHOUREY, AND TURAK, L.C.**
510 Tomlinson Ave.
Moundsville, West Virginia 26041
T (304) 845-9750
F (304) 845-186
E:      mlm@gkt.com
        jmm@gkt.com

*Counsel for Plaintiffs*

2