## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HEATHER SHIELDS, ET AL., | CASE NO.   2:25-CV-00353 |
| Plaintiffs, | JUDGE WATSON |
| vs. | MAGISTRATE JUDGE DEAVERS |
| EAST OHIO HOSPITAL, LLC, ET AL., | |
| Defendants. | |

### NOTICE OF SUGGESTION OF STAY

Defendant, Access Ohio, LLC, by and through its undersigned counsel, hereby gives notice that a Chapter 11 Bankruptcy petition was filed under Chapter 11 of Title 11 of the United States Code on January 09, 2026 in the Southern District of Ohio as Case No. 2:26-bk-50089, a copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

Pursuant to the provisions of Section 362 of the United States Bankruptcy Code, this action is automatically stayed.

Respectfully submitted,

*/s/ Gregory H. Melick*
Gregory H. Melick, 65694
gmelick@ralaw.com
Heather R. Adams (99262)
hradams@ralaw.com
ROETZEL & ANDRESS, LPA
41 South High Street, 21st Floor
Columbus, Ohio 43215
Tel: 614.463.9770
Fax: 614.468.9792

*Counsel for Defendant Access Ohio, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, January 15, 2026, a copy of the foregoing Notice of Suggestion of Stay was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Gregory H. Melick*
Gregory H. Melick

2

United States Bankruptcy Court
Southern District of Ohio

EXHIBIT

A



## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/09/2026 at 10:46 AM and filed on 01/09/2026.

**Access Ohio, LLC**
6400 East Broad St. #400
Columbus, OH 43215
Tax ID / EIN: 20-4988181

The case was filed by the debtor's attorney:

**Myron N Terlecky**
575 S Third St
Columbus, OH 43215
(614) 228-6345

The case was assigned case number 2:26-bk-50089 to Judge Tiffany Strelow Cobb.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 170 North High Street, Columbus, OH 43215-2414.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Richard B. Jones**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 01/09/2026 10:49:41 |

| PACER Login: | sf575123 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 2:26-bk-50089 |
| Billable Pages: | 1 | Cost: | 0.10 |