**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Heather Shields, *et al.*,**

**Plaintiffs,**

**v.**

**East Ohio Hospital, LLC, *et al.*,**

**Defendants.**

**Case No. 2:25-cv-353**

**Judge Michael H. Watson**

**Magistrate Judge Shimeall**

# ORDER

On June 29, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") in this case recommending that the Court direct the Clerk to enter default against East Ohio Hospital, LLC d/b/a East Ohio Regional Hospital ("EORH"). R&R, ECF No. 153. The R&R specifically advised the parties that failure to object within fourteen days of the issuance of the R&R would result in a waiver of *de novo* review by the Court. *Id.* at PAGEID ## 1429–30. The objection deadline has passed, and no party objected to the R&R.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 153, in full. For the reasons set forth in the R&R, the Court **DIRECTS** the Clerk to enter default against EORH.

The Clerk shall terminate ECF No. 153.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**